IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -9 PM 1:32

___ DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civ. No. <u>05-20211-D/P</u> |
| JOHN SIMMONS, | ) | |
| Defendant. | ) | |

### ORDER FOR EXAMINATION PURSUANT TO 18 U.S.C. § 4241

THIS CAUSE having come before the court upon the petition of defendant John Simmons for an evaluation of his mental condition, pursuant to 18 U.S.C. § 4241; and the court having reasonable cause thereto, ORDERS the United States Marshal to convey the defendant to a facility which will provide an examination of the defendant pursuant to 18 U.S.C. § 4241, in order to determine his competence to stand trial, and to return him to the jurisdiction of this court upon completion of the examination.

IT IS SO ORDERED.

/s/ Tu Pham

TU M. PHAM
United States Magistrate Judge

June 9, 2015
Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-14-05

12

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20211 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT