IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C

05 JUN 17 PM 4: 4:

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN SIMMONS,

    Defendant.

Case No. 05-20211 D P

---

## ORDER OF REFERENCE

---

Before the Court is Defendant's Petition for Examination Pursuant to 18 U.S.C. § 4241 filed

on June 9, 2005, in this case.

This matter is hereby referred to the United States Magistrate Judge for a hearing and a

Report and Recommendation.  Any exceptions to the Magistrate Judge's order shall be made by

motion within ten (10) days of the order.  Further, all exceptions shall be stated with particularity.

IT IS SO ORDERED this _17_ day of _June_ 2005.

BERNICE B. DONALD
UNITED  STATES  DISTRICT  JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on _6-20-05_

15

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 15 in case 2:05-CR-20211 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Tu Pham
US DISTRICT COURT