IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civ. No. <u>05-20211-D/P</u> |
| ) | |
| JOHN SIMMONS, ) | |
| ) | |
| Defendant. ) | |

---

### ORDER GRANTING METROPOLITAN CORRECTIONAL CENTER'S (MCC) REQUEST FOR AN EXTENSION OF TIME TO COMPLETE MENTAL EVALUATION

---

Before the court is MCC's request for extension of time to evaluate John Simmons pursuant to Title 18, U.S.C. § 4241. For good cause shown, and neither the government nor defense counsel objecting thereto, the request is GRANTED. MCC shall have an additional 15 days to complete the evaluation.

Time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

August 3, 2005
Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20211 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Tu Pham
US DISTRICT COURT