IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                  No. 05-20211-D

JOHN SIMMONS

ORDER CONTINUING ARRAIGNMENT AND
SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The government has notified the Court that in the interests of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set in 18 U.S.C. §3161(h)(8)(A), a defendant may be granted a period of excludable delay if the ends of justice are served.

The arraignment is therefore continued and reset to Wednesday, September 28, 2005, at 10:00 a.m. in Courtroom M-3, 9th Floor, Federal Building, 167 N. Main Street, Memphis, Tennessee.

It is therefore ORDERED that the time period of September 21, 2005 through, September 27, 2005 be excluded from the time its imposed by the Speedy Trial Act for trial of this case, due to the interests of justice.

This  22nd  day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20211 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Tu Pham
US DISTRICT COURT