IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.

No. 05-20211-D

**JOHN SIMMONS**

05 SEP 28 PM 5: 25

## ORDER CONTINUING ARRAIGNMENT AND SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The Defendant's counsel has this day notified the Court that she is awaiting the report on the defendant's mental evaluation. The Court finds that in the interests of justice, this matter be continued. Pursuant to the Speedy Trial Act, as set in 18 U.S.C. §3161(h)(8)(A), defendant's period of excludable delay may be granted if the ends of justice are served.

**The Arraignment is therefore continued and reset to Wednesday, October 5, 2005 @ 10:00a.m.** in Courtroom **#M-3, 9th Fl.**, Federal Building, 167 N. Main Street, Memphis, Tennessee.

It is therefore ORDERED that the time period of **9/28/05** through, **10/5/05** be excluded from the time its imposed by the Speedy Trial Act for trial of this case, due to the interests of justice.

This **28th** day of September, 2005.

*Diane K Vescovo*

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

(21)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20211 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Tu Pham
US DISTRICT COURT