IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA | 05 OCT -5 PM 1: 56 |
| v. | THOMAS M. GOULD<br>CLERK, U.S. DISTRICT COURT |
| JOHN SIMMONS | No. 05cr20211-D   MEMPHIS |

ORDER SETTING COMPETENCY HEARING AND
SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant, by and through his appointed counsel April Goode has this day notified the Court that the defendant, upon order of the court, had previously been transferred to a suitable hospital or facility selected by the Court of pretrial examination pursuant to 18 U.S.C. § 4241 to determine defendant's mental competency to stand trial, and that the parties need additional time to review the report and prepare for the competency hearing. The Court hereby sets the competency hearing in this matter for Thursday, October 20, 2005.

It is ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(A) the time period of __10/5/2005__ through __10/20/2005__ be excluded under the Speedy Trial Act.

**ARRAIGNMENT TO BE RESET AT LATER DATE**

This __5__ day of __October__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __10/5/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20211 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Tu Pham
US DISTRICT COURT