IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Civ. No. <u>05-20211-D/P</u> |
| JOHN SIMMONS, | ) |
| Defendant. | ) |

### ORDER GRANTING MOTION TO CONTINUE ARRAIGNMENT

Before the court is defendant John Simmons' Motion to Continue Arraignment, filed October 7, 2005 (Dkt #27). For good cause shown, it is hereby ORDERED that said arraignment shall be continued from October 12, 2005, to **Thursday, October 20, 2005, at 2:00 p.m.** It is further ORDERED that time will continue to be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(A).

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

October 19, 2005
Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20211 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT