IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -3 PM 3: 43

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

**UNITED STATES OF AMERICA**

v.

**JOHN SIMMONS**   No. 05cr20211-D

---

ORDER CONTINUING ARRAIGNMENT AND
SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

---

The Court had previously ordered that the defendant be transferred to a suitable hospital or facility selected by the Court for pretrial examination pursuant to 18 U.S.C. § 4241 to determine defendant's mental competency to stand trial. On October 20, 2005, the court conducted a competency hearing, at which time the parties stipulated to the findings and opinions contained in the report, and jointly moved the court to transfer the defendant to a suitable hospital or facility to be restored to competency.

The arraignment shall be continued while defendant's competency is pending and that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is therefore ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(A) the time period of **10/20/2005** through **02/22/2006** be excluded from the time its imposed by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT RESET TO WEDNESDAY, FEBRUARY 22, 2006, AT 10:00 AM BEFORE MAGISTRATE JUDGE DIANE K. VESCOVO.**

This **3** day of **November**, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11/4/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20211 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT